# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U-LOCK, INC.,<br><br>     Debtor.<br>CHRISTINE BIROS,<br>     Plaintiff,<br><br>  v.<br><br>SHANNI SNYDER,<br><br>     Defendant. | Bankr. Case No. 22-20823-GLT<br><br>Chapter 7<br><br><br>Adv. Pro. No.: 22-02081-GLT |

## AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Mac Booker, being duly sworn, state as follows:

1. I am 18 years of age or older and am competent to render the foregoing testimony under oath.

2. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and before this Court, and I am an attorney with the law firm of Bernstein-Burkley, P.C., counsel for Christine Biros. I am familiar with the facts and pleadings in this matter. I am not a party to this lawsuit.

3. I submit this affidavit to the best of my knowledge, information and belief, in support of Plaintiff's Request for Entry of Default against the Defendant, Shanni Snyder, pursuant to Fed. R. Civ. P. 55(a), made applicable to the above-captioned adversary proceeding by Fed. R. Bankr. P. 7055.

4. On December 21, 2002, Christine Biros filed a Complaint to Quiet Title in the Westmoreland County Court of Common Pleas.

5. On December 28, 2022, Defendant entered an appearance in the Westmoreland County Court of Common Pleas in the Quiet Title Action.

6. On December 30, 2022, Defendant removed the Quiet Title Action to this Court, and it was subsequently assigned the above adversary proceeding number.

7. A Defendant who removes an action prior to service "…is in effect waiving service of process when it removes an action before being served." *Valido-Shade v. Wyeth, LLC (In re Diet Drugs)*, 875 F.Supp.2d 474, 477 (E.D.Pa. 2012).

8. When a defendant removes an action from state court to federal court before answering, that defendant's time to answer is governed by Fed. R. Civ. P. 81(c)(2). *See* Fed R. Civ. P. 81(a)(2).

9. Rule 81(c)(2) provides that an answer or other responsive filing must be filed within the longest of, "(A) 21 days after receiving – through service or otherwise – a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed."

10. Defendant received the Complaint in this matter on or before December 28, 2022, the day she entered an appearance in the Court of Common Pleas.

11. The Rule 81(c)(2)(A) period expired on January 19, 2023.

12. Defendant removed the action to this Court on December 30, 2022.

13. The Rule 81(c)(2)(C) period expired on January 6, 2023.

14. Accordingly, the date of effective service was December 30, 2022, the same day the Defendant removed the action to this Court.

15. As a result the Rule 81(c)(2)(B) period expired on January 20, 2023.

16. Defendant has not answered or otherwise moved with respect to the Complaint. The time within which Defendant may do so has now expired. The time for the Defendant to answer or otherwise move has not been extended.

17. Default is properly entered as Defendant has not answered or otherwise moved despite waiving service.

18. Judgment in this matter will be to quiet title as to property, and not for a sum certain.

19. Plaintiff will apply to the Court for judgment to be entered on this default, after it is entered, pursuant to Fed. R. Civ. P. 55(b)(2).

20. Defendant is not an infant nor an incompetent person. Defendant is also not a serving member of the Armed Forces of the United States entitled to protection of 50 U.S.C. § 3931.

21. Pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a), Plaintiff Christine Biros is entitled to an entry of default against Defendant, Shanni Snyder.

DATED: January 26, 2023

D. McArdle Booker, PA ID. No. 320890

STATE OF PENNSYLVANIA )
)
COUNTY OF ALLEGHENY )

PERSONALLY came and appeared before me, the undersigned Notary, the within named Daniel McArdle Booker, who is a resident of Allegheny County, Pennsylvania, and made the above statement and affidavit upon oath and affirmation of belief and personal knowledge that the foregoing matters set forth are true and correct to the best of his knowledge, information and belief.

SWORN AND SUBSCRIBED BEFORE ME THIS 26th DAY OF JANUARY, 2023

Commonwealth of Pennsylvania - Notary Seal
Barbara J. Wagner, Notary Public
Allegheny County
My commission expires December 19, 2026
Commission number 1431065
Member, Pennsylvania Association of Notaries

Notary Public