IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| **U LOCK INC**, | Chapter 7 |
| *Debtor.* | |
| **CHRISTINE BIROS**, | Adv. Case. No. 22-02081-GLT |
| *Plaintiff,* | Related to Dkt. No. 1 |
| v. | |
| **SHANNI SNYDER**, | |
| *Defendant.* | |

## ORDER SETTING STATUS CONFERENCE

This matter is before the Court upon the *Notice of Removal* [Dkt. No. 1] filed on December 30, 2022 by Defendant Shanni Snyder. Under Fed. R. Bankr. P. 9027(e)(3), no later than fourteen days after the filing of the notice of removal, any party who has filed a pleading in connection with a removed claim (other than the party filing the notice of removal) shall file a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court. As of the date of this Order, Plaintiff Christine Biros has not filed a statement of consent or non-consent. Based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

    1. A status conference is set for **February 24, 2023** at **11 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219, to address the removed action. To participate remotely, all parties must submit a registration form by no later than 4 p.m. on the

business day prior to the scheduled hearing, at which time the registration portal will close. Registration links for upcoming hearings can be found online at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information.

    2.    Any response to this Order shall be filed with the Court on or before **February 10, 2023**.

Dated: January 26, 2023

GREGORY L. TADDONIO  jah
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

Case Administrator to serve:
Christine Biros
William E. Otto, Esq.
Shanni Snyder