# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> U-LOCK, INC., <br><br> Debtor. <br> CHRISTINE BIROS, <br> Plaintiff, <br><br> v. <br><br> SHANNI SNYDER, <br><br> Defendant. | Bankr. Case No. 22-20823-GLT <br><br> Chapter 7 <br><br> Adv. Pro. No.: 22-02081-GLT |

## STATEMENT PURSUANT TO FED. R. BANKR. P. 9027(e)(3)

AND NOW comes Plaintiff, Christine Biros, by and through her undersigned counsel, Bernstein-Burkley, P.C., and makes the following statement pursuant to Fed. R. Bankr. P. 9027(e)(3):

Plaintiff filed a pleading, the Complaint, prior to the removal of this matter to the Bankruptcy Court. Plaintiff consents to the entry of final orders and/or judgments by the Bankruptcy Court in this matter.

Respectfully submitted,

Dated: January 26, 2023

BERNSTEIN-BURKLEY, P.C.

By: */s/ D. McArdle Booker*
D. McArdle Booker. Esq. (PA I.D. 320890)
mbooker@bernsteinlaw.com
501 Grant Street
9th Floor
Pittsburgh, PA 15219
T: (412) 456 – 8100
F: (412) 456 – 8135
*Counsel for Christine Biros*